### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MYSHEL STOLTENBERG,      )
                           )
          Plaintiff,        )     No. 2:25-cv-01378
                           )
         v.           )     Chief Judge Cathy Bissoon
                           )     Magistrate Judge Christopher B. Brown
STATE FARM FIRE AND CASUALTY   )
COMPANY, *et al.*,         )
                           )
         Defendants.     )

### <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with 28 U.S.C. § 636 and Local Rule of Civil Procedure 72. On May 13, 2026, the Magistrate Judge issued a Report (Doc. 38) (the "R&R"), recommending that Plaintiff's Motion to Remand (Doc. 19) be granted. The R&R also recommended that Defendants' Motion to Dismiss (Doc. 4) be dismissed as moot, and that Defendants' Motion to Consolidate (Doc. 6) be denied. The R&R was served on all parties, and no objection has been filed.

Having reviewed the documents in this case, together with the R&R, Plaintiff's Motion to Remand is **GRANTED**, Defendants' Motion to Dismiss is **DISMISSED AS MOOT** and Defendants' Motion to Consolidate is **DENIED**. This case is **REMANDED FORTHWITH** to the Court of Common Pleas of Allegheny County, Pennsylvania (GD No. 25-007182). The R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 12, 2026                                    s/Cathy Bissoon
                                                Cathy Bissoon
                                                Chief United States District Judge


cc (via ECF email notification):

    All Counsel of Record